UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re  
Edris Crigler,

Civil Case No. 24-cv-11672

Honorable Susan K. DeClercq
United States District Judge

_____/

**ORDER EXTENDING TIME TO REPLY**

On December 12, 2024, this Court entered a scheduling order directing Appellant Edris Crigler to file her reply brief on or before January 7, 2025. ECF No. 15. In a motion dated January 7, 2025—but filed on January 8, 2025—Appellant requested another ten (10) to thirty (30) days to file her reply brief, noting that she has requested the assistance of Lakeshore Legal Service in this matter. ECF No. 16. Appellee opposes this motion as untimely. ECF No. 17.

Under Civil Rule 6(b), this Court may, for good cause, extend time to respond before the original time expires or on motion made after the time expires if the party failed to act because of excusable neglect. Here, this Court finds both good cause and excusable neglect, and will grant Appellant's motion. Such an outcome is also consistent with this Court's preference to adjudicate cases on their full merits.

Accordingly, it is **ORDERED** that Appellant's Motion for Extension of Time, ECF No. 16, is **GRANTED**.

It is further **ORDERED** that Appellant's optional reply brief must be filed on or before **January 24, 2025.**

**IT IS SO ORDERED.**

                                                    */s/Susan K. DeClercq*
                                                    SUSAN K. DeCLERCQ
                                                    United States District Judge

Dated: January 14, 2025